

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2022

No. 04-21-00470-CV

Lakshmana **VISWANATH**,
Appellant

v.

**THE CITY OF LAREDO**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK001492D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by January 21, 2022. Neither the brief nor a motion for extension of time has been filed. Appellant is therefore ORDERED to file, **no later than February 17, 2022**, her brief and a written response reasonably explaining: (1) her failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response by **February 17, 2022**, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court